United States Bankruptcy Court

Middle District of Florida

In re:  
Lisa K. Jaczko  
    Debtor(s)

Case No. 20-05519-LVV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6     User: hjeff     Page 1 of 3  
Date Rcvd: Oct 02, 2020     Form ID: 309A     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa K. Jaczko, 12548 Oulton Circle, Orlando, FL 32832-6124 |
| 29195506 | + | American Coradius, International LLC, 37 Rust Lane, Boerne, TX 78006-8288 |
| 29195507 | + | Ameripath, PO Box 740976, Cincinnati, OH 45274-0976 |
| 29195511 | + | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29195514 | + | Envision Physician Services, 7700 W. Sunrise Blvd., Fort Lauderdale, FL 33322-4113 |
| 29195517 | + | Gtefinancial, 711 E. Hendersen, Tampa, FL 33602-2509 |
| 29195518 | + | Kissimmee Surgery Center Inc, PO Box 744193, Atlanta, GA 30374-4193 |
| 29195520 | + | Lab Corp, PO Box 2240, Burlington, NC 27216-2240 |
| 29195522 | | Nemours Children's Health, System PO Box 5302, Atlanta, GA 30353 |
| 29195521 | | Nemours Children's Health, System PO Box 105534, Atlanta, GA 30348 |
| 29195523 | + | Orthopaedic Assoc. of, Osceola, 604 Oak Commons Blvd, Kissimmee, FL 34741-4198 |
| 29195527 | + | Sheridan Healthcorp Inc., PO Box 744193, Atlanta, GA 30374-4193 |
| 29195533 | + | Valentine & Kebartas LLC, PO Box 325, Lawrence, MA 01842-0625 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sdean@theorlandolawgroup.com | Oct 02 2020 22:32:00 | Sophia Cabacum Dean, The Orlando Law Group PL, 12301 Lake Underhill Road, Suite 213, Orlando, FL 32828 |
| tr | + | EDI: BLPATTON | Oct 03 2020 02:08:00 | Lori Patton, Law Office of Lori Patton, PA, PO Box 520547, Longwood, FL 32752-0547 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 02 2020 22:33:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 29195508 | + | EDI: BANKAMER.COM | Oct 03 2020 02:08:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 29195513 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 02 2020 22:32:00 | Credit Corp Solutions, 121 W. Election Rd., Suite 200, Draper, UT 84020 |
| 29195510 | + | EDI: CITICORP.COM | Oct 03 2020 02:08:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29195512 | + | EDI: CCS.COM | Oct 03 2020 02:08:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 29195515 | | EDI: FORD.COM | Oct 03 2020 02:08:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 29195516 | | Email/Text: bankruptcy@frost-arnett.com | Oct 02 2020 22:32:00 | Frost-Arnett, Assoc., PO Box 198988, Nashville, TN 37219 |
| 29195504 | | EDI: FLDEPREV.COM | Oct 03 2020 02:08:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 29195505 | | EDI: IRS.COM | | |

| District/off: 113A-6 | User: hjeff | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: 309A | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| | | Oct 03 2020 02:08:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29195509 | EDI: JPMORGANCHASE | Oct 03 2020 02:08:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 29195519 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 02 2020 22:32:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 29195503 | + Email/Text: Bankruptcy@octaxcol.com | Oct 02 2020 22:33:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 29195524 | Email/Text: admin@pdminc.net | Oct 02 2020 22:32:00 | Professional Debt Mediation, Attn: Bankruptcy, 7948 Baymeadows Way, 2nd Floor, Jacksonville, FL 32256 |
| 29195525 | + Email/Text: BankruptcyMail@questdiagnostics.com | Oct 02 2020 22:34:00 | Quest Diagnostics, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 29195526 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2020 22:47:03 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 29195528 | + EDI: RMSC.COM | Oct 03 2020 02:08:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 29195529 | + EDI: RMSC.COM | Oct 03 2020 02:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29195530 | + EDI: RMSC.COM | Oct 03 2020 02:08:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 29195531 | + EDI: RMSC.COM | Oct 03 2020 02:08:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 29195532 | + EDI: WTRRNBANK.COM | Oct 03 2020 02:08:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

**Name**        **Email Address**
Lori Patton
                trustee@trusteepatton.com  FL99@ecfcbis.com

| | | |
|---|---|---|
| District/off: 113A-6 | User: hjeff | Page 3 of 3 |
| Date Rcvd: Oct 02, 2020 | Form ID: 309A | Total Noticed: 35 |

Sophia Cabacum Dean
    on behalf of Debtor Lisa K. Jaczko sdean@theorlandolawgroup.com macosta@theorlandolawgroup.com;deansr94553@notify.bestcase.com

United States Trustee - ORL7/13
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 3

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Lisa K. Jaczko** | | Social Security number or ITIN | xxx–xx–7893 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | | Date case filed for chapter | **7   9/30/20** |
| Case number: | **6:20–bk–05519–LVV** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Lisa K. Jaczko | | |
| 2. | **All other names used in the last 8 years** | fka Lisa Struble | | |
| 3. | **Address** | 12548 Oulton Circle<br>Orlando, FL 32832 | | |
| 4. | **Debtor's attorney**<br>Name and address | Sophia Cabacum Dean<br>The Orlando Law Group PL<br>12301 Lake Underhill Road, Suite 213<br>Orlando, FL 32828 | | Contact phone 407–512–4394<br>Email:  sdean@theorlandolawgroup.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Lori Patton<br>Law Office of Lori Patton, PA<br>PO Box 520547<br>Longwood, FL 32752 | | Contact phone (407) 937–0936 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy Clerk's Office** | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: October 2, 2020 |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | |
| 7. | **Meeting of creditors** | **November 4, 2020 at 02:00 PM** | **Meeting will be held telephonically**<br><br>Trustee: Lori Patton<br>Call in number: 877–788–1252<br>Passcode: 6701203 |
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |
|  | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | | |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: January 3, 2021** |
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | | |
|  | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
|  | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |